# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER OF GARNISHMENT** |
| | ) | |
| Ronald E. Trulson, | ) | |
| | ) | |
| Defendant, | ) | Case No. 4:01-cv-062 |
| | ) | |
| and | ) | |
| | ) | |
| Hess Corporation, | ) | |
| | ) | |
| Garnishee. | ) | |

_____

A Writ of Garnishment, directed to the Garnishee, has been issued and served upon the Garnishee. See Docket Nos. 35 and 37. Pursuant to the Writ of Garnishment, the Garnishee filed an answer on June 16, 2008, stating that at the time of service the Garnishee had in its possession or under its control, personal property belonging and due to the Defendant, and that the Garnishee was indebted to the Defendant in the estimated net sum of $625.00 for the months of June through September 2008, with a continuing interest in payments in the future. See Docket No. 38. Specifically, the Garnishee indicated that the defendant, Ronald E. Trulson, holds a royalty interest under an oil and gas lease that will entitle the Defendant to monthly payments, which may vary in the net sum paid.

On June 3, 2008, the garnishment was served upon Defendant and he was notified of his right to a hearing. He has not requested a hearing.

2

**IT IS ORDERED** that the garnishee, Hess Corporation, shall pay any and all proceeds the Defendant is entitled to receive from royalty payments pursuant to an oil and gas lease, to the Plaintiff, and continue the payments until the debt to the Plaintiff is paid in full or until the Garnishee no longer has custody, possession, or control of any property belonging to the debtor or until further order of this Court.

**IT IS SO ORDERED**

Dated this 11th day of July, 2008.

/s/  Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court